UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Patricia Harris Lee

                        Plaintiff,                        07 CIVIL 6733 (CM)

-against-

Sony BMG Music Entertainment
                        Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Michael J. Borrelli**

- [ ] **Attorney**
  - [x] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: **8533**
  - [ ] I am a Pro Hac Vice attorney
  - [ ] I am a Government Agency attorney

- [x] **Law Firm/Government Agency Association**

  From: **Borrelli & Associates, P.C.**

  To: **The Law Office of Borrelli & Associates, PLLC**

  - [x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.
  - [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

- [x] Address: **One Old Country Road, Suite 347, Carle Place, NY 11514**
- [x] Telephone Number: **(516) 248-5550**
- [x] Fax Number: **(516) 248-6027**
- [x] E-Mail Address: **MICBO@OPTONLINE.NET**

Dated: 10/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x

Patricia Harris Lee

                 Plaintiff,        07 CIVIL 6733 (CM)

-against-

Sony BMG Music Entertainment

                 Defendant.

-------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Michael J. Borrelli__

- [x] **Attorney**
  - [x] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __8533__
  - [ ] I am a Pro Hac Vice attorney
  - [ ] I am a Government Agency attorney

- [x] **Law Firm/Government Agency Association**
  - From: __Borrelli & Associates, P.C.__
  - To: __The Law Office of Borrelli & Associates, PLLC__
  - [x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.
  - [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

- [x] Address: One Old Country Road, Suite 347, Carle Place, NY 11514
- [x] Telephone Number: (516) 248-5550
- [x] Fax Number: (516) 248-6027
- [x] E-Mail Address: MICBO@OPTONLINE.NET

Dated: 10/19/07