## The Law Office of
# BORRELLI & ASSOCIATES, P.L.L.C.
### ATTORNEYS AT LAW

One Old Country Road
Suite 347
Carle Place, NY 11514
Telephone (516) 248-5550
Fax (516) 248-6027

350 Fifth Avenue
Suite 6902
New York, NY 10118
Telephone (212) 679-5000
Fax (212) 967-3010


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/07

**MEMO ENDORSED**

12/12/07
No adjournment

December 12, 2007

VIA FACSIMILE ONLY:   (212) 805-6326
Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
Courtroom 21B
500 Pearl St., Room 640
New York, NY 10007

RE:   **PATRICIA HARRIS LEE V. SONY BMG MUSIC ENTERTAINMENT, ET AL.**
**CASE NO.: 07 CIV. 6733 (CM) (KNF)**

Dear Honorable McMahon:

We are counsel for the Plaintiff in the above referenced matter and submit this correspondence in accordance with Rule 1(E) of your Honor's Individual Rules.

We respectfully request an adjournment of the Initial Conference in the above referenced matter. The conference is currently scheduled for Friday, December 14, 2007 at 9:45 a.m. in Courtroom 21B. This is Plaintiff's first request for an adjournment. Counsel for Plaintiff attempted to contact Mr. Clemon Williams, counsel for Defendant Sony but was informed that counsel was out of the office today. Counsel for Defendant Barbara Warnock-Morgan has not yet appeared in this matter. The reason for the adjournment is that an "Amended Complaint" in this matter was recently filed and sent out for service on the Defendants. Defendants have not submitted a responsive pleading as of yet. As no schedules have been set in this matter, no other dates will be affected by the adjournment.

Page 2

    Thank you for your consideration of this request. Should you have any questions or concerns, please contact the undersigned.

                Very truly yours,

                MICHAEL J. BORRELLI (MB 8533)

C:    Mr. C. Williams via facsimile (212) 833 - 5116