UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
PATRICIA HARRIS LEE,                          :
                                              :      07 CV 6733 (CM)
                        Plaintiff,            :
                                              :      STIPULATION
          -against-                           :      AND ORDER
                                              :
SONY BMG MUSIC ENTERTAINMENT, INC.            :
and BARBARA WARNOCK-MORGAN,                   :
Individual,                                   :
                                              :
                        Defendants.           :
---------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel in the above captioned action, as follows:

    1.  Plaintiff and Defendants SONY BMG MUSIC ENTERTAINMENT (incorrectly sued here as SONY BMG MUSIC ENTERTAINMENT, INC.) ("SONY BMG") and Barbara Warnock-Morgan hereby agree that the time by which Defendants SONY BMG and Warnock-Morgan must answer, move or otherwise respond to the Amended Complaint, dated November 29, 2007, shall be extended through and including Thursday, January 31, 2008.

    2.  Defendants shall not contest service of process of the Amended Complaint

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08
```

A scanned or PDF file signature shall be deemed an original for the

purpose of this stipulation.

Dated: December 20, 2007
       New York, New York

                                    BURRELLI & ASSOCIATES, PLLC

                                    By: _____
                                        Michael J. Borrelli (MB-5533)
                                        One Old Country Road, Suite 347
                                        Carle Place, New York 11514
                                        Attorneys for Plaintiff Patricia Harris-Lee

                                    JONATHAN D. DAVIS, P.C.

                                    By: _____
                                        Jonathan D. Davis (JD-3712)
                                        99 Park Avenue
                                        Suite 1600
                                        New York, New York 10016
                                        (212) 687-5464
                                        Attorneys for Defendants SONY BMG
                                        MUSIC ENTERTAINMENT and Barbara
                                        Warwick-Morgan

SO ORDERED:

_____
[signature]
[Hon. _____, U.S.D.J.]