*Memo for J*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
PATRICIA HARRIS LEE,              :
                              Plaintiff,    :     07 CV 6733 (CM)

           -against-                    :     **STIPULATION AND ORDER**

SONY BMG MUSIC ENTERTAINMENT, INC.   :
and BARBARA WARNOCK-MORGAN,
Individual,                       :

                            Defendants.   :
---------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel in the above captioned action, as follows:

1. Plaintiff and Defendants SONY BMG MUSIC ENTERTAINMENT (incorrectly sued here as SONY BMG MUSIC ENTERTAINMENT, INC.) ("SONY BMG") and Barbara Warnock-Morgan hereby agree that the time by which Defendants SONY BMG and Warnock-Morgan must answer, move or otherwise respond to the Amended Complaint, dated November 29, 2007, presently due on January 31, 2008, shall be extended through and including Friday, February 8, 2008.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08
```

2. A facsimile or PDF file signature shall be deemed an original for the purposes of this stipulation.

Dated: January 23, 2008
New York, New York

        BORRELLI & ASSOCIATES, P.L.L.C.

By: _____
Michael J. Borrelli (MB 8533)
One Old Country Road, Suite 347
Carle Place, New York 11514
Attorneys for Plaintiff Patricia Harris Lee

JONATHAN D. DAVIS, P.C.

By: _____
Jonathan D. Davis (JD 5712)
99 Park Avenue
Suite 1600
New York, New York 10016
(212) 687-5464
Attorneys for Defendants SONY BMG
MUSIC ENTERTAINMENT and Barbara
Warnock-Morgan

SO ORDERED:

_____
Colleen McMahon, U.S.D.J.

1-25-08

2