## INDEX OF EXHIBITS

EXHIBIT A......................Amended Complaint, dated November 29, 2007

EXHIBIT B......................Recorded Statements Of Patricia Harris Lee

EXHIBIT C......................Group Disability Insurance Certificate of Bertelsmann, Inc.

EXHIBIT D......................Denial Letter of Short-term Disability

EXHIBIT E......................SONY BMG Statements Of Policy