≋AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

Harris-Lee

v.

Sony BMG Music Entertainment

**APPEARANCE**

Case Number: 1:07-cv-06733

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Harris-Lee

I certify that I am admitted to practice in this court.

| 2/11/2008 | *(signature)* |
|---|---|
| Date | Signature |
| | Matthew J. Blit     4145 |
| | Print Name     Bar Number |
| | LEVINE & BLIT, PLLC, 350 Fifth Avenue, Suite 6902 |
| | Address |
| | New York    NY    10118 |
| | City    State    Zip Code |
| | (212) 967-3000    (212) 967-3010 |
| | Phone Number    Fax Number |