[Stamp: RECEIVED FEB 13 2008 CHAMBERS OF COLLEEN McMAHON]

**JONATHAN D. DAVIS, P.C.**
ATTORNEYS AT LAW

99 PARK AVENUE
SUITE 1600
NEW YORK, NEW YORK 10016

TEL: (212) 687-5464
FAX: (212) 557-0565
JDD@JDDAVISPC.COM
WWW.JDDAVISPC.COM

**MEMO ENDORSED**

February 12, 2008

**VIA FACSIMILE**

The Honorable Colleen McMahon
United States District Judge
United States District Courthouse
500 Pearl Street, Room 640
New York, New York 10007

*[Handwritten endorsement: 2/13/08 — This action should be redesignated as ECF. Colleen McM.]*

Re: Lee v. SONY BMG MUSIC ENTERTAINMENT, et al.
    07 CV 6733 (CM)

Dear Judge McMahon:

We are counsel for Defendants SONY BMG MUSIC ENTERTAINMENT and Barbara Warnock-Morgan in the above-referenced action. At the suggestion of Mariela in Your Honor's chambers, I am writing the Court concerning the non-ECF status of this action.

On Friday, February 8, 2008, our office served and attempted to file electronically Defendants' motion to dismiss the Amended Complaint or, alternatively for summary judgment. We sent Your Honor courtesy copies by Federal Express the same day. Yesterday, I received notification from the Clerk's Office that our electronic filing was rejected because this action is not designated as ECF. The clerk whom I contacted has learned that this action was originally filed *pro se* by Plaintiff Patricia Harris Lee. Because of her *pro se* status, the action was not given ECF designation.

Since the filing of her original complaint, Plaintiff engaged counsel and remains represented by Michael J. Borrelli, Esq. The clerk instructed me to contact Your Honor to request that an order be entered by the Court to designate the action as

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/14/08]

The Honorable Colleen McMahon
February 12, 2008
Page 2

ECF to facilitate the parties' ability to file papers electronically in this action. Upon entry of the order, we will re-file Defendants' motion papers electronically.

Respectfully submitted,

Jonathan D. Davis

JDD:hs

cc: Michael J. Borrelli, Esq. (Via Facsimile)