UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
PATRICIA HARRIS LEE,                   :
                                                07 CV 6733 (CM)
                    Plaintiff,         :
                                                RULE 7.1 STATEMENT
       v.                              :

SONY BMG MUSIC ENTERTAINMENT, INC.     :
and BARBARA WARNOCK-MORGAN,
Individual,                            :

                    Defendants.        :
------------------------------------------------------------X
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant SONY BMG MUSIC ENTERTAINMENT ("SONY BMG"), certifies that SONY BMG is a general partnership organized under the laws of the State of Delaware. The parent of a 50% owner of SONY BMG is Sony Music Entertainment Inc., and the ultimate parent of Sony Music Entertainment Inc. is Sony (Japan), which is a publicly traded company.

Dated: February 8, 2008
       New York, New York

                                       JONATHAN D. DAVIS, P.C.

                                       By: _____
                                       Jonathan D. Davis (JD 5712)
                                       99 Park Avenue
                                       Suite 1600
                                       New York, New York 10016
                                       (212) 687-5464
                                       Attorneys for Defendant
                                       SONY BMG MUSIC ENTERTAINMENT