*The Law Office of*

# BORRELLI & ASSOCIATES, P.L.L.C.

**MEMO ENDORSED**

## ATTORNEYS AT LAW

**One Old Country Road**
Suite 347
Carle Place, NY 11514
Telephone (516) 248-5550
Fax (516) 248-6027

**350 Fifth Avenue**
Suite 6902
New York, NY 10118
Telephone (212) 679-5000
Fax (212) 967-3010

February 19, 2008

Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
Room 910
New York, NY 10007-1581

**RE:    PATRICIA HARRIS LEE V. SONY BMG MUSIC
ENTERTAINMENT, ET AL.
CASE NO.: 07 CIV. 6733 (CM) (KNF)**

Dear Judge McMahon:

We write in accordance with Rule 1(E) of Your Honor's individual rules. Plaintiff seeks an extension of time with which to submit her response to Defendant's Motion to Dismiss or, alternatively, Motion for Summary Judgment.

The motion was originally filed via ECF on February 8, 2008 and served the same day by the Defendant on the Plaintiff via regular mail. However, the ECF filing system rejected the motion because the case was not ECF designated. The error was subsequently corrected and the motion was eventually and properly filed via ECF on February 19, 2008. According to Rule 2(D) of Your Honor's individual rules, the motion response date is currently February 22, 2008. There have been no prior requests for an extension. Defendant consents to the extension and the following motion schedule: Plaintiff's response by March 7, 2008 and Defendant's reply by March 17, 2008.

Thank you for your consideration of this request.

Very truly yours,

/s/

MICHAEL J. BORRELLI (MB 8533)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08