## DECLARATION OF SERVICE

JONATHAN D. DAVIS, declare as follows:

I am not a party to this action, am over 18 years of age and reside in the City, County and State of New York. On March 17, 2008, I caused a true copy of the Reply Memorandum of Law in Further Support of Defendants' Motion To Dismiss Or, Alternatively, For Summary Judgment, dated March 17, 2008, to be served by First Class Mail upon Borrelli & Associates, One Old Country Road, Suite 347, Carle Place, New York 11514 and Levine & Blitt, PLLC, 350 Fifth Avenue, Suite 6902, New York, New York, Attorneys for Plaintiff Patricia Harris Lee. I also caused the foregoing papers to be filed electronically with the Unites States District Court for the Southern District of New York.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York, on this 17th day of March 2008.

JONATHAN D. DAVIS