# EXHIBIT B

# TRANSCRIPT OF RECORDED STATEMENTS OF

## MJM CASE NUMBER: TOK173661

**APPEARANCES:**

Gerard Trimboli, Investigator
MJM Investigations, Inc.
910 Paverstone Drive
Raleigh, North Carolina 27615
(800) 927-0456

Recorded statements of Barbara Warnock and Patricia Harris-Lee
taken on April 21, 2006, transcribed from audiotape by Jacquie Charns.

Volume 1 of 1

Pages 1 through 89, inclusive

**MJM Investigations, Inc.,**

910 Paverstone Drive
Raleigh, North Carolina 27615

(800) 927-0456

Strengthening the Value of Insurance ®

1

## I N D E X

2

3

### Personal Interviews

4

5    EXAMINATION OF:    Barbara Warnock

6    By Investigator:   Gerard Trimboli

7         Pages 3 - 41

8

9    EXAMINATION OF:    Patricia Harris-Lee

10   By Investigator:   Gerard Trimboli

11        Pages 42 - 89

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        April 21, 2006
 2                         4:45 P.M.
 3                          *  *  *
 4  The CLAIMANT herein, having given permission to voluntarily
 5  participate in a recorded statement, responded to the
 6  Investigator's questions with the following responses:
 7
 8            RECORDED STATEMENT BY INVESTIGATOR:
 9  Q:   My name is Gerard Trimboli. Today's date is April 21,
10  2006 and the time is 4:45 p.m. hours. I am interviewing
11  Patricia Harris-Lee regarding a claim filed with Tokia
12  Marine Nichido Fire Insurance Company. And their file
13  number is WCT000018709. Miss Lee are you aware that I'm
14  recording this conversation?
15  A:   Yes.
16  Q:   And do I have your permission to continue?
17  A:   Yes.
18  Q:   All right. Can you please state your last name?
19  A:   Harris-Lee.
20  Q:   Okay and your first name?
21  A:   Patricia.
22  Q:   All right, Patricia, where do you reside?
23  A:   66 Lexington Avenue, Jersey City.
24  Q:   And your telephone number?
25  A:   201-369-1801.
```

1  Q:  And what is your date of birth, ma'am?

2  A:  10-14-67.

3  Q:  Okay. Who are you currently employed by?

4  A:  Sony BMG Music Entertainment.

5  Q:  And how long have you been employed?

6  A:  Since 1991, September, 1991.

7  Q:  And what is your current position?

8  A:  I am Associate Director of Advertising Management.

9  Q:  And what is your work schedule?

10  A:  Regular…5 days a week, 10 to 6. Sometimes overtime. I

11  stay 40 plus hours.

12  Q:  So basically, Monday through Friday…

13  A:  Yes.

14  Q:  10 to 6.

15  A:  Yes.

16  Q:  Okay. I want to direct your attention to March 30th of

17  this year. Um…a recollection of a meeting that took place?

18  A:  Yes. It was a lunch that I had pretty much initiated

19  with my supervisor to, you know, just go over some things

20  that was happening during the morning and this required

21  that.

22  Q:  And your supervisor is?

23  A:  Barbara Wornock-Logan.

24  Q:  Okay. When you set up the meeting…

25  A:  It was a lunch.

-43-

1  Q:   It was a lunch. Was she made aware of that there would

2  be business discussed, or was she…

3  A:   We…

4  Q:   …under the impression that this was just a lunch?

5  A:   …We…she was aware that I wanted to talk to her

6  about…uh…Dennis Santorino's request of my help for the

7  immediate move, yes.

8  Q:   And how long…when did you make her aware that you

9  wanted to sit down and have this meeting and this lunch?

10 A:   Uh…I asked her was she feeling like having lunch

11 between the hours of 11:30 and 12, because…you know,

12 uh…because I was working helping out at that time so I

13 wanted to know if she could have lunch if she was up to it.

14 Q:   And she agreed?

15 A:   Yes, she agreed.

16 Q:   Okay. And…

17 A:   And I asked her to pick what she wanted to eat.

18 Q:   And where did the meeting occur?

19 A:   Because it was…her office is the biggest office in our

20 department, it was in her office.

21 Q:   Okay. And the agenda of the meeting I understand was

22 just to discuss the future…

23 A:   It was…

24 Q:   …of the department?

25 A:   No, it was not. There is no set parameters. Um…before

-44-

1  the meeting I was speaking with Dennis Santorino outside
2  her office and when I sat down to talk to her, it wasn't a
3  scheduled type thing.  She asked me what happened Dennis.
4  What he asked…what did he want me to do and I started
5  explaining to her. Right after I explained that to her I
6  knew that Rob Henzi, Escaban Richberg and Brendon had some
7  other questions but I knew…but I didn't know if they were
8  going to address them but Rob started to address them.
9  Q:   Okay. And in that meeting, is Rob asking specific
10 questions?
11 A:   Yes. Rob is asking…uh…since this…Rob is saying…he goes
12 right into since we're discussing media, you know, he
13 starts asking her what…why is media moving on this floor
14 and why has media been a part…and just everything…what's
15 happening with…that…he sees that they were changing other
16 departments and we're still…
17 Q:   So basically, everybody's concerned about…
18 A:   Everyone's…
19 Q:   …what their future is in the company.
20 A:   Yes. Because…yes.
21 Q:   Okay.
22 A:   Because, you know, media is moving here. Barbara has
23 had prior conversations with each and every one of them
24 about media, so yes, they just…we wanted a consistent
25 statement.

1   Q:   Okay, now, during that meeting okay…is there any point

2   where there might have been some type of outburst by

3   Barbara?

4   A:   Yeah.   Barbara got extremely angry at Rob's questioning

5   and she started to raise her voice and use profanity. She

6   stated that, you know, she had just had her baby checked

7   out was the exact term, and you know, she's emotional and

8   you know, she just…it…yeah. Basically, she didn't

9   understand why she was being questioned or why he

10  questioned her.

11  Q:   How long did this meeting take place?

12  A:   Um…after…I would say like about half hour…half hour,

13  forty minutes. Right after that, Escaban comes in and he

14  says I guess he could feel what was happening in the room.

15  He says he wants to be a part of the conversation.

16  Q:   Now, did anyone else have any type of…or did Barbara

17  have any other…uh…anger?

18  A:   She was…she was…she was showing signs of anger. She

19  didn't…she stopped yelling at him. Rob asked her to stop

20  yelling at him and cursing at him and she stopped. And I

21  asked her, I just said, you know, Barbara calm down. We're

22  just talking. We're just…we're just having a conversation.

23  You know, we just want to find out what's going on and she

24  calmed down and then Escaban had questions…he was the one

25  asking her questions about, you know, how can we help if

1  she's trying to get..you know, really get this position
2  with media then let's talk about, you know, putting
3  together a proposal.
4  Q:    Did…
5  A:    And then Brendon started with questions.
6  Q:    Did you personally have any interaction with her as far
7  as negatively?
8  A:    Not in the meeting. I had very little to say.   I
9  was…yes, not in the meeting. I had very little to say. I
10  was pretty much listening.
11  Q:    And how would you say the meeting ended? Apologies by
12  Barbara?
13  A:    Barbara apologized to Rob and it ended. She had the
14  outburst and then it ended.
15  Q:    Okay. Did any…did any discussions occur after the
16  meeting?
17  A:    No, we all left her alone. We could see it bothered
18  her.
19  Q:    And so everyone continued on their regular…
20  A:    Yes.
21  Q:    …duties…
22  A:    Yes.
23  Q:    And no interaction with Barbara…
24  A:    No.
25  Q:    …throughout the day?

1  A:    No. We worked around her.

2  Q:    Okay. I want to direct your attention to the next day,

3  which is March 31st of 2006. And you arrived to work at your

4  normal time?

5  A:    Normal time.

6  Q:    Okay. And did you...do you have any interaction with

7  Barbara initially?

8  A:    I could feel that there was some, you know, there was

9  still tension so I didn't really interact with her until

10  like the end of the day. I was still trying to help Dennis

11  finish up the move that day and I touched base with her

12  around 5.   Between 4:30 and 5.

13  Q:    Okay. And when you say you touched base with her, what

14  was that?

15  A:    This is the end of the day. It's Friday. I wanted to go

16  home. You know, it was a long week and that's pretty much

17  just to pack it up...

18  Q:    Okay. Did you ask that you wanted to leave early that

19  day?

20  A:    Yes. I told her I'm done. Things are...just gave her a

21  status and said I would like to leave at 5 if that's okay.

22  She said that was fine and then the subject of why I was

23  helping Dennis with the move and um...helping Chris collect

24  the art work from the offices came up. Which caught me by

25  surprise, because that's just...I thought that was obvious.

1  Q:   Now.

2  A:   Chris (last name unintelligible)being, you know, the

3  head of the Creative Services and Dennis Santorino...

4  Q:   Now before you left, had you...before...did you go in once

5  to ask her...to tell her you'd like to leave?

6  A:   I went in to ask her. She...yes. And that's when the

7  subject came up with Dennis. Then I mentioned to her, you

8  know, that technically what I was during for Dennis was

9  after work hours and I'm on my own time. Um...and because I

10  didn't understand why she was...why she was taking an...you

11  know, issue with that. And I walked out after that and I

12  came back to say, okay, I'm leaving for the night and then

13  the situation came back to Dennis and then I asked her

14  was...is it really about Dennis. Is the conversa...Is this

15  really about Dennis, like her issues.

16  Q:   Okay. And that...what do you think the issues were?

17  A:   I think that Barbara was somehow still offended over

18  the questioning of the meeting yesterday and the fact that

19  she had...she was embarrassed by her outburst and a lot of

20  times...she is. I mean a lot of things that I've witnessed in

21  the past is embarrassing but, you know, and I think she...she

22  did realize that it was. Because we were all shocked by it

23  but I think she...she wanted to get at me for it. She felt

24  that I was responsible.

25  Q:   Because you asked for the luncheon.

1  A:  Because I asked for the lunch.

2  Q:  Okay.

3  A:  But I had asked her for lunch on Tuesday when she…and

4  she declined and I was not try…on Tuesday I was just asking

5  for her and myself so I didn't expect to see her on

6  Thursday. And I thought we could follow up on Thursday when

7  I asked again.

8  Q:  Okay. So after you walked into the office and you have

9  the, you know, you're looking to leave now…

10  A:  Um-hum.

11  Q:  …did the…did this discussion become somewhat heated?

12  A:  It was…it's heated.

13  Q:  Okay.

14  A:  I uh…I you know, I felt like Barbara was being

15  hypocritical in her statements about me. And I used the

16  word hypocritical. And when I asked her what it really was

17  about, she says to me, well, as a matter of fact she felt

18  like I ambushed her in the meeting on Thursday. She used

19  the word ambushed. She felt that I ambushed her. And I

20  said, I knew it. Because the animosity and the

21  questioning…just…it just all made sense. That she was

22  blaming me for Thursday's meeting. And I just decided to

23  forward with Barbara and say that, you know, she's ta⸮

24  it too personal. She didn't like the fact that I was

25  saying…that she was taking it personal. She got up to le

1    and then I follced her out the door at which time she
2    turned around and started attacking me verbally and she
3    rushed in my face up in front of me just dusting her
4    hands...both hands...just shaking and yelling saying on both
5    sides of my face with her hands and you know. Shocked,
6    frightened. I grabbed her hands not knowing where it was
7    going. I was back up against the wall. And I asked her to
8    stop. I asked her to calm down, you know, for a moment
9    there, she released you know, we broke and she...proceeded to
10   say just some real strange derogatory things to me. And
11   um...after a few minutes she got on the elevator and left and
12   then that was the end of that.

13   Q:  Okay. I want to get a little bit more details on the
14   physical...

15   A:  Um-hum.

16   Q:  ...contact.

17   A:  Um-hum.

18   Q:  That was made. We can't see this on tape...

19   A:  Yeah.

20   Q:  ...as I mentioned to you I'm asking your actions and
21   what...what Miss Lee is doing. Is she putting up her hands
22   side by side in front of her face...

23   A:  Um-hum.  Um-hum.

24   Q:  Almost like in a defensive posture.

25   A:  Yes. Like that.

1  Q:    Okay. Did she touch you at all or did she…

2  A:    She…she didn't get a…she's close.  She's shaking her

3  hands and she didn't get a chance to really hit me because

4  I'm restraining her. I don't know what her…I don't know how

5  far it's going. I don't know where her hands are going. I

6  just know they're uncomfortably in my face area.

7  Q:    Okay.

8  A:    She's shaking and she's yelling and I'm just holding

9  her saying with my face sort of turned and my back…leaning

10  way back saying, you know, against the wall saying…Barbara

11  stop. Barbara calm down. Um…you know, and I'm hearing…a lot

12  is going on. I mean there's just…she's…she's just…she

13  breaks away. You know. Puts her hands down and just you

14  know, yelling and saying things and she just goes off into

15  the elevator and you know, whatever. There's a sign…there's

16  a sign…I tell her okay, whatever. But don't worry about

17  nothing I'll take care of it…and…the department, and she's

18  on the elevator and I just collapse on the reception area.

19  Q:    Okay. When she uh…what time does Barbara work until

20  that day?

21  A:    It was…we were…uh…

22  Q:    Both work until 6:00?

23  A:    We both work until 6:00.

24  Q:    Okay. You were…you were leaving earlier.

25  A:    I was leaving earlier, yes.

1   Q:   And after this conversation takes place between the
2   both of you and you have the disagreement…you're starting
3   to get to the bottom of why she may be angry at you is
4   because of the meeting the day…

5   A:   Yeah.

6   Q:   …before.

7   A:   Yeah.

8   Q:   Okay, so it becomes somewhat of a heated discussion and
9   Barbara decides she wants…she's going to leave.

10  A:   Because she…yeah, cause I…I was…I was being…I decided
11  at that moment that I would be honest with her about…I just
12  decided to…to…to say you know, this is not personal. The
13  meeting was not personal, you know. There's a lot that
14  these guys have on their minds. There's a lot that I have
15  on my minds. Things are going on. Dennis is looking at
16  offices. It's not about you. It's not personal and when I
17  said that, you know, it's…she reacted. It was just like,
18  you know, again…a…she reacted.

19  Q:   So she got…she went to grab her coat and she said…

20  A:   She got up…

21  Q:   …she was going to leave?

22  A:   No. She just…she didn't say anything. She just…when I
23  said it's not personal she just got up. Angrily got up. And
24  she started to grab her coat, opened the door and I
25  walked…I'm walking behind her, you know.

Q:    Now are you going...are you leaving also?

A:    I'm leaving...

3  Q:    Or are you just going to have pleasant conversation?

4  A:    ...I'm ready to leave too. Because obviously when I said

5  that   I could see...I mean, I'm dealing with someone I've

6  worked with for four years and I've known...I know when she...I

7  know what she can handle. You know what I'm saying? I know

8  when it's useless. So I'm walking out behind her to leave

9  too, and she turns.

10  Q:    Now how close...how close would you say...

11  A:    A few feet...A few feet.

12  Q:    Okay.

13  A:    She turns you know abruptly. And there's only one place

14  I can go and that's against the wall.  You know, and I

15  jumped...you know, I backed up and then she starts shouting

16  something about me...if I want to run the department and then

17  it just goes on from there. And then when I say well, why

18  do you...what do you want me to do, Barbara? You are

19  responsible for these people. You know. She just leaves.

20  You know, it's like a few feet. Just to make it...I guess her

21  point very clear to me as a matter of fact kind of way. You

22  know. And the hands go up and they're on both sides of my

23  face and all I see is her face in my face and the hands

24  are...and I'm like this with my hands. Just...just stop

25  because...

1  Q:    So you grabbed her hands.

2  A:    I grabbed her hands because I don't...I don't know how

3  far they're going. I just know they're on the sides of my

4  face and I don't know where this whole situation is leading

5  to and I'm trying to like...she's...she's over me. Barbara's

6  5'10" and what am I? 5'5"? 160 pounds...there's a huge

7  difference in our size here. There's a restraint...I'm just

8  restraining the situation because she's...she's pretty...she's

9  pretty...I'm...yeah. This is a real dangerous situation I feel

10  myself in and I'm also don't want it...don't know where it's

11  going to go.

12  Q:    So her hands go up...

13  A:    In front of me...

14  Q:    ...and she lunges at you...

15  A:    Yes.

16  Q:    ...but she doesn't...it's not like she strikes at you.

17  A:    She's just...she's...she's...she's not in this respect and

18  this is...her hands are right there.

19  Q:    They're a little close for comfort.

20  A:    Yes. She's standing right in front of me but her hands

21  are here like on both sides of my cheek. It's like um...I

22  don't know...

23  Q:    What you're trying to explain to me because we can't

24  see it on tape is...

25  A:    Yeah. She's hovering. She's a tall woman.

1  Q:  Yes.

2  A:  Hovering with her hands in my face, you know, there's

3  no place for me to go. I'm just trying to hold her to keep

4  her from hitting me. Because the truth of the matter is I

5  don't know what my reaction is going to…you know, I don't

6  know what to do. I'm feeling very threatened. I'm leaning

7  as far back over the wall as I could. Everything is running

8  through my mind. This woman is yelling things about the

9  death of my children…she wished miscarriages on…just you

10  don't… I mean…

11  Q:  Okay.

12  A:  It was a scene, okay? And I've never seen anyone like

13  that. This is…one experience is enough. Too much.

14  Q:  Okay. And we're going to keep going over this because

15  this is very important…

16  A:  Yeah.

17  Q:  …before I move on to other questions.

18  A:  Yes.

19  Q:  If Barbara was going to hit you initially she had ample

20  time to do that.

21  A:  I'm not sure about that…

22  Q:  No, no, no. Let me finish. Okay, it's not as if she was

23  angry to want to punch you or do something like that, it

24  was easy enough to do that at that time.

25  A:  Um-hum.

1  Q:   And if I'm understanding you correctly, well that was

2  not done, you felt threatened by the size of the woman and

3  she was…

4  A:   I was violated…

5  Q:   …just in your face. She was very close to you.

6  A:   She was…I was violated and we were locked and she was

7  hovering over me. We were locked together and her hands

8  were very in my face. I don't know if it was to hit…I…I

9  don't know what she was…I don't know where she was going. I

10  was very…I was very concerned with where it was going and I

11  just wanted to protect myself from not being hit or not…the

12  situation not going any farther from where we were.

13  Q:   So you put your hands up as you're indicating…

14  A:   I put my hands…I grabbed…

15  Q:   …and then grabbed her hands.

16  A:   …her hands to get them away from my face.

17  Q:   Okay. Correct.

18  A:   To keep her off.  She's standing close enough to kiss

19  me if she wanted to.

20  Q:   That's all…I just wanted to paint the picture of the

21  proximity of her to you, the hands, the face…

22  A:   We were…there was…

23  Q:   …what you did.

24  A:   Like I said, there is…there is an obvious overpowering

25  in that situation because Barbara has me by at least 5

-57-

1  inches. You know, she's a very big woman and I was...I was

2  being...space just everything...just violated by this woman and

3  she was hysterical. I've never seen anything like it. So,

4  like I said...

5  Q:  In putting your hands to defend yourself, not knowing

6  what might happen...

7  A:  Um-hum.

8  Q:  ...did you have to apply a lot of force? Was she pushing

9  back...

10  A:  I wasn't...

11  Q:  ...you or...

12  A:  I wasn't trying to hurt her. I just wanted...I just

13  wanted some space between her and I because she was just

14  too...she was just in my face. She was...as a matter of

15  fact...you know...she, you know, I can't...she was in my face as

16  a matter of fact. I think maybe it was her intent to scare

17  me at the time. She succeeded. I don't know what she was

18  trying to do. I just wanted her to get the hell away from

19  me and back off  That's pretty much where it was.

20  Q:  And while your were holding her hands back...

21  A:  Right.

22  Q:  Was she just stationary or was she trying to get...back

23  to what you...

24  A:  She was yelling and up in my face like leaning towards

25  me and I was leaning way back like against the wall. Like

1  just keeping...some of this...like...just...just restraining. Just

2  please, you know, just stop this. Calm down, thing. If she

3  moved forward with her (unintelligible)I was

4  moving...just...just in the position of defense.

5  Q:    So...

6  A:    Keeping way back.

7  Q:    The point I'm trying to make is that if you...you pointed

8  out the size of each of you and the body frame. In your

9  defensive moves to put your hands up did it seem like...

10 A:    It was...other than...

11 Q:    ...she could have...she could have...

12 A:    I didn't just put my hands up. I grabbed her hands to

13 keep them...

14 Q:    Yes.

15 A:    ...from going wherever they were going to go. It was...

16 They were just...

17 Q:    But did you feel she...was she applying pressure to you...

18 A:    I...

19 Q:    Your hands were just hold on her hands was enough to

20 like stop her and she did not continue.

21 A:    I was in a grip.

22 Q:    Okay.

23 A:    And I...I felt like I wasn't letting her come any more. I

24 wasn't going to let her go any more.

25 Q:    But that was enough to stop her.

1  A:   It stopped her.

2  Q:   Yes.

3  A:   And I…she…just stopped her from doing anything else.

4  Q:   Yeah.

5  A:   We just stood there and I, you know, I listened to
6  whatever she was yelling and she…she stopped and we broke
7  and then she went to the elevator.

8  Q:   How did you decide to get how much force you may have
9  needed to do that or was it a lack…

10 A:   I…I was…come on. There's no me forcing Barbara to do
11 anything. I just.

12 Q:   Physically, I'm saying. Physically, I'm saying.

13 A:   Physically…that's what I'm talking about. There's no
14 forcing her. She's…there's no forcing her. If she wanted to
15 give…you know. The size difference…there's no…I just…was
16 protecting myself.

17 Q:   Right. So now you…you…you…

18 A:   I…I…because I did…

19 Q:   …you did what you had to do.

20 A:   Yeah. I did what I had to do which what I thought to do
21 at that time and I should just grab her hands and because
22 where's this going to go? Is it going to go to how
23 far…and..

24 Q:   What…what…

25 A:   …you know…

-60-

1  Q:   What I'm trying to establish is that in my opinion…

2  A:   Um-hum.

3  Q:   …uh…that the anger at the time…

4  A:   She was just very angry.

5  Q:   …and you…

6  A:   Monstrous angry. Things…and that's what scared the hell

7  out of me.

8  Q:   Now as you just pointed out and that's exactly what I

9  was looking for.  The answer was that…you defended yourself

10 with what you felt you had to do. And you had to do it.

11 A:   Yes.

12 Q:   I'm trying to get at the amount of force. If Barbara

13 was wanting to get at you at the proximity, it could have

14 easily been done.

15 A:   If I had…no.  What I'm saying is if I had to use more

16 force to protect myself I would have. You asked me…

17 Q:   But you didn't have to.

18 A:   …I was not trying to be accused of hurting her.

19 Q:   No.

20 A:   That's for sure. But I did grab her to keep myself from

21 being hit. That's what I did.

22 Q:   Okay.

23 A:   Yes. To…from being injured or you know. Whatever was

24 going on, I was just protecting myself and that's…

25 Q:   Other than the contact issue you've just gone over in

1  length, was there any other contact on your person? By
2  Barbara? Other than the  touching of the hands?
3  A:    Other than that, there was no more touching.
4  Q:    Uh…how long have you known Barbara?
5  A:    I…okay. I've known Barbara since I worked for the
6  advertising department. That's a total of 12 years even
7  though I've been at this company longer. And when I say
8  I've known her, it's not like we were close friends or
9  anything. I just…I see her. We speak. We've worked together
10 on some projects. I've known her…I've got to know her more
11 in the last three and a half almost four years when she
12 became our supervisor.
13 Q:    Was your relationship with her work related only?
14 Do you see her on the outside?
15 A:    I would…I prefer to keep it that way. I try to keep it
16 that way even though it's difficult. I have been known to
17 go…I went out one time um…after work with her and the other
18 managers for a drink but…and in four years, but that's just
19 one time.
20 Q:    Have you ever like visited her home or anything like
21 that?
22 A:    I was invited to her Christmas party and I did go to
23 her Christmas party um…as did the rest of the staff.  One
24 time.
25 Q:    Prior…prior to the incident on the…well, the meeting on

1  the 30th...what was your relationship with Barbara?  Strictly
2  professional?
3  A:   Um...on my end yes. I try to keep it very professional. I
4  felt like...I...I...there was...it gets too personal on Barbara and
5  I felt like I know more about her than I should know and I
6  felt like um...that...I just...just didn't feel that comfortable
7  with the amount of the neediness of Barbara. The personal
8  neediness if that's what you want to say.
9  Q:   Your current position is Associate...you said.
10 A:   Yes, it is and Barbara is the Director.
11 Q:   How did you get that position? Is it an appointment...
12 A:   Um...Nadine which was the previous Associate Director
13 left in July and then uh...Nadine and I were the oldest
14 advertising people in the department before Barbara became
15 our boss, so I mean, it was  a natural process. I'm the
16 next in line. The more experienced. The other three
17 managers, the oldest one has been here two years. And
18 um...most of them I helped train.
19 Q:   And how long have you had this position?
20 A:   Um...this is just a year. Sadly enough.
21 Q:   As far as the incident in the...in the hallway, did
22 anybody see it?
23 A:   Um...people...people heard it. There's a wall that's there.
24 No one's seen the actual attack but they heard...
25 Q:   Well, if I needed to speak to anybody...

1  A:   David Bet to be exact. Heard it.

2  Q:   David what?

3  A:   B-E-T. Bet.

4  Q:   Okay.

5  A:   He is the art director. The senior art director who

6  heard a good deal of it.

7  Q:   Okay.

8  A:   The cleaning lady. Her name is Donna. She heard a good

9  deal of it and actually she witnessed Barbara hysterically

10  getting on the elevator. Um…those are the people who

11  admitted to…to…to…

12  Q:   Have you sustained any injuries from that incident with

13  Barbara?

14  A:   Yes. My health has been deteriorating since the

15  incident.

16  Q:   In what respect?

17  A:   My back is in a constant state of pain. Um…uh…lots of

18  pain. There's stress. There's anxiety because I'm still

19  dealing with that situation. There's lot of

20  (unintelligible). There's the loose stool. There's bad

21  nerves. Everything is just going downhill from here and

22  it's one…um…you can get the doctor's report on that…

23  Q:   And…

24  A:   I don't know.

25  Q:   And you're attributing these injuries to that

1   confrontation on that day?

2   A:    It happened…the confrontation happened and before that

3   I was perfectly fine. Now I am…I don't know what the state

4   of my health is so yes, I am. I'm contributing…

5   Q:    When were you first aware that you might have sustained

6   this injury?

7   A:    I was aware of the physical impact on my body the night

8   of the attack where I could not stop shaking.

9   Uncontrollably. Shaking. My heart was pounding. I was in a

10  very state of anxiety. Heightened to the point where I had

11  to walk around. The office space you know, just to bring

12  myself back to the reality of where I was and everything.

13  And there are moments, you know, where I still have the

14  nervousness and shakes but it's, you know, all the anxiety

15  of this situation.

16  Q:    Did you report what had happened?

17  A:    Yes. The night…I started to report it to security and

18  then Barbara left me this message that…discouraged me from

19  doing that so I decided to report it Monday. Because the

20  incident happened Friday night, I went first thing on

21  Monday and reported it to Kathleen Kelly. Not only did I

22  report it, but I let her hear the message Barbara left on

23  my machine in which she admits to attacking me.

24  Q:    All right. Did you request that anything be done?

25  A:    Yes. Well, she…she…Kathleen said to me that well, you

1    know you'll have to speak to Adam and I said I know I said,
2    because it got physical and I said…I said…you know, we've
3    had our disagreements but this is different and whatever
4    needs to be done from here on because it got physical and
5    because of the nature of the situation I'm prepared for it
6    so speak to Adam. Do what you have to do. There's no
7    turning back.

8    Q:    Adam is the…

9    A:    Adam Owett is Barbara Wornock-Logan's supervisor. And
10   she said that she would and she would get back to me. And
11   um..two weeks…it was two weeks later and nothing happened.

12   Q:    And that was done on the 3rd…

13   A:    That was done on the 3rd.

14   Q:    Okay. That was after the weekend you brought it to
15   Kathleen's attention.

16   A:    I brought it to Kathleen on April 3rd. The incident
17   happened on March 31st so I brought it to her attention on
18   April 3rd. She told me um…she took, you know, she heard what
19   I had to say or whatever. Heard the tape. You know. Told me
20   what she would have to do and that would include speaking
21   to Barbara's boss. I told her whatever, you know. It
22   happened, it got physical and I'm really uncomfortable with
23   Barbara.  I don't trust her and you know, a part of that
24   trust has been…just…just in general. It wasn't just the
25   incident. It's just been a building mistrust of Barbara's

-66-

1  um...for...you know. For a while in me. And I just really am
2  uncomfortable working with her and taking her, you
3  know...just...this is a bad situation so whatever you have to
4  do. Speak to Adam and you know, let me know. And um...days
5  went by and in the meantime, my back which is...it was just
6  getting worse. My condition was getting worse. I was
7  getting stressed out dealing with not hearing. Sending
8  memos. Barbara at this time was coming in and out of my
9  office. You know. And that was making me angry...anxious
10 because I...you know, I thought about it. I didn't know what
11 it could have...I was afraid to be alone with her.
12 Q:   When you say she was coming into your office is that
13 kind of necessary for just a work...
14 A:   Yeah. I mean, she would come in to say stuff to me but
15 a lot of it...I mean, usually if we were working on a
16 project, it would be project related. Barbara came in and
17 she...to my office, you know, while I'm waiting to hear the
18 outcome, she comes in one day.  This is really what
19 triggered me to just...just...just take care of my health is
20 that she came in one morning and she was like I just wanted
21 you to know that I'm extremely uncomfortable with our
22 situation and I can't wait until it's resolved. And she...I
23 was sitting there and she was standing up over me and I
24 said okay. And she just walked out like...and I sat there
25 thinking you know about. You talked to me. Everyone seems

1  to be getting your opinion and you're going to sit here and
2  tell me you're uncomfortable when I can't even shit
3  straight?   I was just beside myself so I called and I
4  started to feel really bad. I called to see if I could get
5  a referral to see the doctor…um…Basil. And when I saw Dr.
6  Basil he asked me…he examined me, took my blood pressure.
7  Said it was up. And everything and he asked me to explain
8  why I'm in the condition that I was in with my back, the
9  blood pressure, what happened. I explained the situation.
10 He contacted Worker's Comp and now we're here.
11 Q:    Dr. Basil being a chiropractor?
12 A:    He is a medical doctor who…uh…chiropractor, yes, but
13 he's also a medical doctor.
14 Q:    Have you had any previous problems with Barbara?
15 A:    Um…I've questioned…I went…I haven't had like uh…I've
16 questioned Barbara's professionalism in the past, yes.
17 Q:    Anything specific?
18 A:    Uh…just in terms of the favor…her male favoritism. Just
19 the fact…I felt like, you know, her going out drinking with
20 the guys as often as she did and then trying to establish,
21 you know, work afterwards. It gets a little…some of it I
22 just felt like you get hired to be a manager and
23 then…constantly I'm going out after work socializing with
24 the guys and uh…and then also, you know, if I'm trying to
25 manage them that's difficult too, because they're out

1 drinking with her all buddy, buddy and you know, there's
2 stories about flirting and dirty dancing and you know, I'm
3 coming back and I'm saying I need your time sheets or…and
4 it's difficult for me to be…to penetrate that. Do you know
5 what I mean?

6 Q:    Did you ever bring that up to Barbara…

7 A:    I did. We had issues in January. That's what I was
8 saying. I questioned…that was like the first time we had
9 real words. I mean…where I expressed that because before it
10 was Nadine's issue. Okay? A year ago. Nadine Cancell, the
11 one who left, it was her issue. Now it's my issue. It's my
12 issue because I have to deal with Barbara. I have to do
13 their timesheets. I have to get called if something's not
14 right. I have to proofread their work. I'm also still
15 bringing them up to date on policies.

16 Q:    What…

17 A:    So I did address it with Barbara and I said I just
18 think that she's…she…I just think she favors her behavior
19 towards the guys which I felt she…showed a lot of
20 favoritism with them and the fact that she has a scheduled
21 relationship of going out after work…

22 Q:    Well…what…what favoritism would she show?

23 A:    Okay. Like…okay…there was…here's the difference. When
24 we were an all girls' department. Four girls. Four woman,
25 let's say were written up. Yes, there was a warning and

1  then there was a write up. Okay?  But two things…they all
2  got written up. Four okay? That would be lateness or
3  whatever. They got written up and some I didn't even know
4  about until Lisa Munoz, (unintelligible), but um…with the
5  guys there was…there was very evident behavioral problems
6  with one of them in the beginning. And I mean we're talking
7  about complaints from senior art directors and everything.
8  I mean, lateness, insubordinance. There was another problem
9  with another one that uh…and this…this person…and she
10  warned them. I mean…I can vouch for how many times she
11  warned them and then there was another situation where one
12  guy had ruined a project. Um…not once, but twice. I mean
13  there was…part of our job is to be accurate and proofread
14  and everything and where we had…it cost us to reprint which
15  was like a catalogue or something. And this is not just one
16  instance. It was the same guy who made the same mistakes
17  and just have a rough time in the beginning getting it. Not
18  one write up. Since in the two years we've been a male
19  department, not one write up. And I'm saying these are the
20  guys I've seen them go out drinking when…I know…I've heard
21  the stories when they come back about the flirting and the
22  dirty dancing. And even asked you know, to have certain
23  things done in terms of time sheets, or just in general,
24  you know, if I needed something. It's not easy. Because the
25  relationship is just too casual I felt with them. And then

1  when I tell them something...there was an incident um...with me
2  and one of them where Barbara's out and I need someone to
3  cover for me. It's almost about 3:00. I haven't gone to
4  lunch and I asked some...I asked one of them to cover for me
5  which is an exact example of what I'm saying. I say,
6  Barbara's out. I haven't had lunch. I'm just going to run
7  and get something and if anyone's looking for me I'll be
8  back. I'm coming from Lexington getting a sandwich and I
9  see the same individual on the street and it's like a
10  quarter to four? And I know from my walking around the
11  office earlier I saw that individual eating lunch at his
12  desk. And okay, I say...you know, I was like I see him on the
13  street and I'm just like what? You know. I mean I didn't
14  say anything to him but I was shocked and then, you know, I
15  waited until he got back and I casually mentioned it and I
16  said, you know what...you know why didn't you wait until I
17  got back or you know what were you doing out? And he
18  just...he just...like it was a matter of fact I mean, this
19  isn't someone I trained. You know. He just said as a matter
20  of fact told me well I didn't say anything about the time
21  that you went to lunch and I'm like well, you don't get to.
22  You don't get to tell me anything about the time I go to
23  lunch. You know what I mean?  My point was...why couldn't you
24  have waited if you were hungry? It was just a lack of
25  professionalism. I explained that to Barbara. And as a

1 matter of fact, Barbara was out the day that it happened. I
2 didn't call her but the individual that I had this
3 conference with called her at home and told her their side.
4 That's how casual it is. And it's like I sent some e-mail
5 later on to let her know what happened that day. And I said
6 you know, there's a true lack of professionalism. You're
7 gone. I just wanted to go out. Couldn't he have waited? If
8 he got hungry again...he said he got hungry again and he felt
9 by my questioning him he felt that tact was his reasons for
10 what he did and I was like Barbara I was like...and...and I had
11 to defend that. But I was like, first of all, he wouldn't
12 have done that if he didn't feel like it was okay. And then
13 to call you at home, I don't even call you at home.
14 It's...it's...I just questioned in the past the casualness.
15 Q: But as far as any favoritism, now...are you all on the
16 same equal plane?

17 A: Uh...no, because I've been here longer.

18 Q: Okay.

19 A: But I found out in January even these same individuals,
20 all three of them had gotten raises in January. It was an
21 off schedule raise. I don't know the reasons. I'm not going
22 to say I know the reason. But I have been addressing my
23 salary issue just with Barbara because I have a two page
24 job description. I'm not only senior ad manager but I also
25 do administrative stuff. There are some stuff...like supplies

-72-

1  and stuff I kind of took that 'on because we kind of lost
2  our secretary. Our administrator. But there's a lot of
3  special projects and things that I've taken on and
4  researched because I am here longer. I know...you know, I can
5  do a five year research. I know what the projects are and
6  they don't. And I wanted to discuss those issues with
7  Barbara and I tried to discuss them with her before last
8  year before the um...layoffs and she told me that the layoffs
9  were coming and it was a bad time for to discuss raises.
10 But then, in January, I find out that these guys got raises
11 during the Christmas holidays. And I was thrown by it. I
12 was really taken back by it.
13 Q:  You brought that up to Barbara?
14 A:  I brought that up to her in January before she started...
15 Q:  And what was her reaction?
16 A:  She tried to justify it by saying that...you know, her
17 thing mainly was with Escaban because she felt like...and I'm
18 saying Escaban because that was one of the reasons for the
19 raises that...you know, maybe he would do better in terms of
20 his professionalism if he made a little more money. That's
21 how she justified it. And...I'm...I mean how do you...okay. If
22 that's how you want to justify it but how do you say that
23 to someone who's doing what I'm doing. You know what I
24 mean? Who's training him with a two page resume, who's here
25 you know, doing administrative here, two hours a night. How

1   do you say that to someone about the same person who's been

2   you've been constantly whining about their behaviors.

3   They've been complained about from GA's to senior art

4   directors to…I mean, Chris (last name unintelligible)

5   himself, I mean how do you say well, he'll probably do

6   better if he got paid a little more. I mean, I just felt it

7   was.

8   Q:   Okay.

9   A:   But I just didn't…

10   Q:   Yeah. I understand. I want to change the subject

11   briefly but particularly yourself.

12   A:   Okay.

13   Q:   Are you experiencing any financial problems at this

14   time?

15   A:   No.

16   Q:   Have you received any disciplinary action prior to the

17   incident?

18   A:   I've never received any disciplinary action in fifteen

19   years that I've been here.

20   Q:   Did you recently obtain or change your disability

21   policies?

22   A:   I never…I don't know what that means. I've never been

23   on a disability policy. I don't know what that means.

24   Q:   How is your personal life?

25   A:   I've been with my husband for nine years. Married four.

1  He is very supportive. He calls me every day twice a day

2  since the incident. Um…you know, he's even offered to stop

3  by if I needed. Great. I have a wonderful husband.

4  Q:   Okay. So what…the next question about you having any

5  problems with your husband we think we've already answered

6  that. Uh…do you have any previous injuries?

7  A:   No. I had…I am an…I'm obsessed with getting into shape.

8  I started losing weight in January. Back on Weight

9  Watchers. I went…I've had my physical in January by Dr.

10  Dorton. All blood works checked out. I've gotten my breasts

11  annual exam in February. I do it…I have the same doctors

12  for years. So, no.

13  Q:   As far as a chiropractor goes, have you been treated by

14  one prior to this incident?

15  A:   No, Dr. Basil was…I stumbled onto Dr. Basil. I was

16  really just looking to find out what was wrong with…why was

17  I in pain. I thought maybe if I could get a nice massage or

18  somebody could just help me move my neck. And he did a

19  thorough and total examination. I…he's the first

20  chiropractor or back specialist I've ever seen. And he's

21  back, neck, joints, everything. He's a new doctor on my

22  roster.

23  Q:   Okay. And I also want to make it known for the record

24  that Miss Lee has signed an authorization for medical

25  release so that we may be able to  look into the specifics

1  of her…of her ailments…

2  A:    Right.

3  Q:    …because she cannot specifically tell me because
4  she's…she's not a doctor.

5  A:    Yes.

6  Q:    She can only tell me how she's feeling.

7  A:    Yes.

8  Q:    And again, obviously I think we've gone over this. But
9  why did you go see a chiropractor back on April 14th?

10 A:    Uh…wait a minute. I just want to make sure this date is
11 right. Um…gradual…gradual decline. Just gradual pain and I
12 was ignoring just trying to deal with what's happening at
13 work, I was trying to put it off. But it was an increasing
14 thing. The more I'm trying to deal with work and Barbara
15 and this situation of daily coming inside here. Not having
16 the situation addressed properly by Human Resources. It was
17 a daily, daily decline of my health. But the pain from the
18 back was the most obvious so I had to go see him. It just
19 required a doctor not a Tylenol from the nurses' station.
20 It just required a doctor. I couldn't…it got to the point
21 where the day before I could not lift my shoulder bag.
22 That's how it is. And it's still that way.

23 Q:    Did you get any feedback from the doctor on what would
24 have caused something like this?

25 A:    He explained it to me that there was some…when…for

1    every action there's a reaction. There was…there's some

2    trauma there. There's constant stress because I'm still in

3    the same environment. The issues are not being addressed.

4    There's a building of muscle…of nervous systems…like I

5    said, I gave numbers. I gave names.

6    Q:   Okay, fine.

7    A:   I gave addresses…

8    Q:   You don't have to explain and we'll…we'll..

9    A:   …I keep…

10    Q:   …we'll rely on…

11    A:   …(unintelligible) as best I can…

12    Q:   …the report.

13    A:   I'm surprised at my own physical state. I've never been

14    in this place before, mentally or physically, so…

15    Q:   Can I ask you or I will ask you, have you at any time

16    in the past ever had a claim against an insurance company?

17    A:   No. I didn't even know what Worker's Comp…how Worker's

18    Comp worked.

19    Q:   Who…what is your insurance right now?

20    A:   My medical insurance?

21    Q:   Yes.

22    A:   Is United Health Care. I chose it from SONY. I had an

23    option of Blue Cross Blue Shield. I chose United…

24    Q:   Okay.

25    A:   …Health Care.

1  Q:   And you've been...you've been with that...that...since you've

2  been employed?

3  A:   No. Well, since yes. SONY BMG. When I was with SONY, it

4  was...the only option was Blue Cross.

5  Q:   Yes.

6  A:   At that time.

7  Q:   Um...have you ever filed for any social security

8  benefits?

9  A:   No, no.

10  Q:   Okay.  Okay. And the incident occurred, what day of the

11  week was the incident?

12  A:   It was on a Friday.

13  Q:   Okay. At what time?

14  A:   It was the...the actual altercation was somewhere between

15  I'd say 6:30 and 7...7ish.

16  Q:   And what floor did that take place?

17  A:   The 29th floor.

18  Q:   Anything specific like you can give me a point of

19  reference? Elevator door? Entry...

20  A:   It was the two...between...it was...right outside the

21  two...right outside the walkway of Barbara's office is where

22  it started and then we...it moved to...we had words outside the

23  elevators, too.

24  Q:   Um...as far as yourself is concerned, had you consumed

25  any alcohol that day?

1   A:   I…do not drink. Um…I don't…I don't make a point of
2   doing it. Only if it's like on Holidays, special occasions.
3   I don't drink. I don't smoke.
4   Q:   How about medications?
5   A:   I'm not on any medications which is why I'm in a lot of
6   pain still, because I refuse to take the medication.
7   Q:   Okay.
8   A:   I'd rather a natural alternative.
9   Q:   Does that hold true for any prescription…non or
10  prescribed?
11  A:   Yes. Everything.
12  Q:   And on the day of the accident, how were you feeling as
13  far as you know? Your physical overall being. Ailments,
14  aches, anything like that?
15  A:   I was…I was…I was feeling really great. Actually, I was
16  feeling really great up until the altercation. I had just
17  lost like, you know, 18 pounds on Weight Watchers. I was
18  going to the gym. I was feeling great about myself. About
19  everything.
20  Q:   At this point, do you um…you feel you have any
21  limitations?
22  A:   My ability to focus.  My ability to be effective at the
23  job that I do here for SONY. It is limited. I work in
24  advertising, I read proofread, I do legal information. I
25  communicate with a lot of people every day and

-79-

1   that's…that's strained. It's focus and…uh…everything. The

2   limits are extremely psychological and as far as physical,

3   I can't exercise. I've been advised to walk and get out and

4   walk. That's to calm my nerves and keep my stress down.

5   Walking is good, but the physical activity, lifting, I

6   can't do that until this back thing is resolved.

7   Q:  Okay, since you've been seeing the chiropractor and

8   the…

9   A:  Therapist.

10   Q:  …therapist…has it…is anything getting better or worse?

11   A:  No. Um…we talked about that today. It's not getting

12   better. It's not…it's still in the state of where it is.

13   There's still pain because I'm reliving this experience

14   daily and weekly. I've given my testimony many, many times.

15   I come in…there's uh…I'm isolated. You know, there's a cut

16   off. You know. My relationship with my co-workers is not

17   the same. There's an effect there. So it's not going

18   anywhere. It'll be better once we…you know, it'll get

19   better but it's not getting better now. When I don't have

20   to talk about it, when I don't have to continue to play the

21   tape, you know, when I'm relaxed, when I'm calmer, when I'm

22   not angry about the way I've been treated, all of those

23   things the doctor said will relax my nerves and a lot of it

24   is really about trauma and nerves and that's where it is,

25   so like I said, let him explain it.

1  Q:   Um-hum.

2  A:   Because he has to explain it to me as the symptoms

3  become like, why am I getting numbness?  In my arms and my

4  legs, you know, if I'm thinking about it. I don't sleep too

5  much at night because it's…I feel like I'm going through…15

6  years at this place, you know, and it gets to be…comes to

7  this.  I'm you know, when I'm lying awake, you know, I'm

8  tense. A stiffness.

9  Q:   Do you have any hobbies?

10  A:   I enjoy working out. I enjoy going to the gym. I

11  don't…I have good friends. They call every day…my hobbies…I

12  like dancing. I haven't been…I haven't gone in…dancing…I…I

13  socialize with my friends. No real hobbies.

14  Q:   As far…all right. As far as going to the gym, what

15  would you typically do in a gym?

16  A:   I get on the…uh…it's like the elliptical machine. You

17  do the stair climber plus the arms. You…I get on that

18  because it's an aerobic things and that way you do more,

19  you know, aerobics exercises. So I get on that for about 45

20  minutes and then I'll do like the circuit weight training

21  where you lift light weights.

22  Q:   Um-hum.

23  A:   So I do that for like the other…for the remainder of

24  the workouts. And that would be it. So it's like an hour,

25  you know, a few minutes like that.

1  Q:    How often would you do that?

2  A:    Uh…it's basically, because the gym is here, it's
3  whenever works with me. It's like uh…for me it would be
4  like um…lunch hours mostly. And I really started…last year
5  I just…because of my…my relationship…the work relationship
6  with Barbara I really tried not to…I tried to…be in her…I
7  ate a lot with her and I talked with her and be with her,
8  sort of going along and get along and I didn't go to the
9  gym as much because we had just started working closely
10 together and I wanted to establish a good working
11 relationship, and like I said, there's a real neediness
12 there. And since I hadn't been doing this and in January
13 you know, if you don't really sit in the office and gossip
14 and talk with Barbara it's like…you become somewhat
15 demonized. You're being the subject of gossip. You know,
16 it's a weird situation.

17 Q:    The uh…after…since…after the accident, you haven't been
18 able to do any of the weight training…

19 A:    I haven't been able to…

20 Q:    …or the elliptical machines?

21 A:    …the gym since…I have not been…the doctor does not want
22 me to do the machine. He doesn't want me to do…when you're
23 doing the arms and the rotation thing, that's not advised
24 right now because it works your back and your shoulder so
25 you don't do the back. He just says that walking is good.

1  Um...but he would prefer like I would go outside because he
2  said something about the...the...if you walk on the treadmill
3  there's a...I don't know. Something about the bounce
4  absorption on the treadmill.

5  Q:   Um-hum.

6  A:   And...he just says, you know, some people get bad
7  reactions on their backs because they're walking on the
8  treadmill and that's because of the way it's built. It's
9  very...when they're trying to mimic the street or the same
10 effect, something happens, so don't do that. But go for a
11 walk, get out, try meditation. I mentioned that there is
12 Yoga here and the physical therapist used to...she's the
13 stress management. She's going to let me know if it's okay.
14 You know, like if I should...if...if...if...she's just the person
15 who meditate...just...no, don't move. Just sit there and
16 breathe and breathing exercises, that's what she said I
17 should do.

18 Q:   Do you have a family doctor?

19 A:   Doctor Karen Fullerton (sp?) And I gave my...her number
20 and everything um...to Adela? The secretary at the Tokio
21 thing?

22 Q:   Okay.

23 A:   Yeah. I gave all that information to her. She...I just
24 had an annual with her. She did my blood work. I can bring
25 you the charts of my cholesterol and everything. To show

1  you. I just had it done. I've got the results and
2  everything.

3  Q:   So what…what part of your body are you experiencing
4  pain?

5  A:   The…from the base of my neck to the…the spine…um…so
6  it's base, shoulder, spine. Um…that…that's the base of it.
7  I feel even right now as I'm talking, um…there's a real
8  intensity on the left side more so I guess because I've
9  been talking about it. But, right now what it still feels
10 like…uh…right now there's a ton of bricks and there's a
11 burning sensation and depending on my blood temperature of
12 how I'm feeling, it rises. It escalates. It goes up and it
13 goes down. When it's elevated, when I'm really, really
14 stressed, that pain…that burning sensation is no joke.
15 It…it…it gets your attention.

16 Q:   And you haven't taken any medications.

17 A:   I have…I was…I hadn't taken any medications before or
18 after uh…I have…I am a flexi person. I take flexi vitamins.
19 That's a natural vitamin for your heart; cardio-vascular
20 wellness and I've been known to take a multi-
21 vit…Woman's…One a Day Women's Multiple Vit…um…that's the
22 extent of it for me.

23 Q:   Your pain. Is it dull or is it sharp?

24 A:   It's sharp…It…it…it increases and decreases depending
25 on the stress levels and…and…and…and how I'm feeling and

-84-

1  it's sharp.

2  Q:    Do you have any pain or numbness in your arms?

3  A:    At…at…when it's folded, there's a certain amount of

4  numbness. I think that's because…there's a tension. The

5  doctor could tell you what that comes from. I asked him why

6  especially at night, when I'm lying there and I can't

7  sleep. And it's…everything's running through my mind. If my

8  arms are folded, there's no oxygen…there's like a cut off

9  of oxygen with stiffness…if something occurs. And I asked

10  him about that, too. And he gave me an explanation so you

11  can get that from him.

12  Q:    Yes.

13  A:    I don't know why it's happening. It doesn't seem to be

14  something I can immediately control right this moment when

15  it happens. Like right now my arms are folded, this arm and

16  this whole…I told you this whole left side? It's bothering

17  me.

18  Q:    How many times have you visited the chiropractor?

19  A:    Four since the incident.

20  Q:    And how about the physical…uh…the therapist.

21  A:    Uh…once because she's out of network and she's

22  expensive. So…and I hope to try to see her again. I

23  don't…I'm not sure. She's expensive. She's not a network

24  person, but the doctor felt like…

25  Q:    Well, when you say expensive, what is the charge?

1  A:   She's an hour...I think $150 an hour.

2  Q:   And would you have to see her for an hour at least?

3  A:   Yeah...she's...yeah. She requires an hour that's her limit

4  and then...you, you know...but she had a lot to say. She's very

5  helpful. She does feel I need to see her again and that's

6  where it is. I don't know. Like I said, that's an expense

7  that I didn't anticipate.

8  Q:   Uh...let's see. Have any x-rays been taken? Any parts of

9  your body?

10 A:   Dr. Basil wants to address that this coming Monday,

11 which is...what is it, the 24th?

12 Q:   Uh...

13 A:   I guess next Monday would be the 24th. Um...because I have

14 not uh...because it hasn't gotten any better, so...but he feels

15 like there's two reasons for that. One is because I'm still

16 in the environment in which things have taken place and two

17 that maybe something, you know, there could be something

18 else. And he'll address that with me when I get there on

19 Monday.

20 Q:   And who is that...your therapist?

21 A:   Her name is Joann Piercery (sp?). She was recommended.

22 I have the card. I don't have her information in front of

23 me.

24 Q:   Um...and as far as the treatments at the chiropractor?

25 What do they basically entail?

-86-

1  A:    There's several but for now he's trying to get some of
2  the swelling down in my shoulder blades and my joints
3  relaxed so there's a lot of electrical therapy like shock.
4  Q:    Okay.
5  A:    I'm hooked up to some kind of machine that sends pulses
6  through my back.
7  Q:    How about the therapist, what do they do for you when
8  you're there?
9  A:    Uh…
10  Q:    Is that a physical contact therapy?
11  A:    It's not…it's not so much physical it's about managing
12  um…managing my stress level and talking to me about the
13  incident and just um…um…it's more like…um…both. It's
14  psychological and it's stress management. It's like, you
15  know, because you're in this environment where it's hostile
16  and there's animosity and things are going back and forth,
17  how do you cope with that. And she's talking to me about
18  how I'm feeling about the situation and stuff like that and
19  when I start to get angered or elevated or if there's a
20  conflict, because obviously it is affecting my health, she
21  wants to…until…you know, to try to develop ways for me to…
22  Q:    Deal with it.
23  A:    To deal with it, yes. Thank you.
24  Q:    When do you normally go to see the doctor? The
25  chiropractor? Every other day?  Every day?

-87-

1  A:   Every other day, usually during lunch hours for one
2  hour and I'm back to work.

3  Q:   Uh…do they have a sign in sheet there?

4  A:   Yes, I sign, every time I go.

5  Q:   And you found this chiropractor through a network?
6  A:   Yes, I called my health care provider and I asked them
7  if they could provide someone I could go to during lunch
8  hour in this area because, you know, that would be the only
9  time I can go. Someone…you know, in the 50's, and they gave
10  me him.

11  Q:   But do you receive any monies as of this date as a
12  result of the incident?

13  A:   No, I haven't even received a how are you doing?
14  Q:   Uh…okay. Is there anything else that you would like to
15  add?

16  A:   Um…I think the situation is unfortunate all around and
17  I just would like to…it to be over as soon as possible. I'm
18  very uncomfortable. I don't see myself ever being
19  comfortable working with Barbara again and it's not just
20  the physical aspect or the not knowing what state of mind
21  she's in. There's that and there's just a lot that I'm
22  not…I'm not good with right now with her and um…I don't
23  feel like I…I can't continue to be productive. So I just
24  hope this gets resolved as soon as possible.

25  Q:   Do you have any idea what resolving would be in your

-88-

1  mind?

2  A:    No.

3  Q:    Or what would you like to see done?

4  A:    There's…there's…no. Um…I'm not…going to give any

5  recommendations at this time. I don't…I just…I would like

6  the company to recognize that I am an employee that has

7  been here fifteen years. I've never been…had an incident

8  like this. I've never been written up for insubordination

9  or anything. I would like them to give me the respect I'm

10  due and that's it. You know, I didn't just say something

11  happened to me. You know, something happened. The person

12  admitted something happened and you know, I'm…I'm at the

13  doctor's now and I can't explain why it happened. You know,

14  like I said, I would like to know why Barbara felt to

15  attack me and not the people who attacked her in the

16  meeting. Because I did not do it. I did not attack her.  I

17  did not set her up and I think that was established. I

18  didn't expect to see her on Thursday, you know. And to be

19  honest, there is no, you know. There's just nothing else to

20  say.

21  Q:    Okay. That's fine. At this time, we're going to

22  conclude the interview. And the time is 5:55 p.m. Thank

23  you.

24  A:    Um-hum.

25         [WHEREUPON, THE RECORDED STATEMENT WAS CONCLUDE.]