The Law Office of
# BORRELLI & ASSOCIATES, P.L.L.C.
ATTORNEYS AT LAW

One Old Country Road
Suite 347
Carle Place, NY 11514
Telephone (516) 248-5550
Fax (516) 248-6027

350 Fifth Avenue
Suite 6902
New York, NY 10118
Telephone (212) 679-5000
Fax (212) 967-3010

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/23/08

**MEMO ENDORSED**

July 23, 2008

*OK* [handwritten initials]

VIA FACSIMILE: (212) 805-6326
Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
Room 910
New York, NY 10007-1581

RE: *PATRICIA HARRIS LEE V. SONY BMG MUSIC ENTERTAINMENT, ET AL., CASE NO.: 07 CIV. 6733 (CM) (KNF)*

Dear Judge McMahon:

We write in accordance with Rule 1(E) of Your Honor's individual rules. Plaintiff seeks an extension of time with which to submit her response to Defendant's Motion to Dismiss or, alternatively, Motion for Summary Judgment.

The motion was originally filed via ECF on July 11, 2008 and served the same day by the Defendant on the Plaintiff via regular mail. According to Rule 2(D) of Your Honor's individual rules, the motion response date is currently July 25, 2008. There have been no prior requests for an extension. Defendant consents to the extension and the following motion schedule: Plaintiff's response by August 14, 2008 and Defendant's reply by August 22, 2008.

Thank you for your consideration of this request.

Very truly yours,

MICHAEL J. BORRELLI (MB 8533)

C: J. Davis
C:emp/lit/federal/harrislee/letters