UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------------x
PATRICIA HARRIS LEE,                          :
                                                  07 CV 6733 (CM)
                    Plaintiff,                :
                                              :
            v.                                :
                                              :
SONY BMG MUSIC ENTERTAINMENT, INC.            :
and BARBARA WARNOCK-MORGAN,                   :
Individual,                                   :
                                              :
                    Defendants.               :
----------------------------------------------------------------x
```

**MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS SECOND AMENDED COMPLAINT, OR
<u>ALTERNATIVELY, FOR SUMMARY JUDGMENT</u>**

BORRELLI & ASSOCIATES, P.L.L.C.

One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 248-5550
*Attorneys for Plaintiff*

## **TABLE OF CONTENTS**

PRELIMINARY STATEMENT ……………………………......………………1

STATEMENT OF FACTS ……………………………......……………….2

LEGAL ARGUMENT ……………………………......………………2

POINT I
THE SECOND AMENDED COMPLAINT SHOULD NOT BE DISMISSED …….. 2

A.     Governing Standards ……………………………......………………2
       1.     Plaintiff States A Disability Discrimination Claim ………………….3
       2.     Plaintiff States a Racial Discrimination Claim ………………….9
       3.     Plaintiff States a Hostile Work Environment Claim ………………….11

POINT II
DEFENDANTS ARE NOT ENTITLED TO SUMMARY JUDGMENT ……………12

B.     Governing Standards ……………………………........................ 12
       1.     Plaintiff Has Raised Triable Issues of Material Fact ………………….13

CONCLUSION ……………………………........................13

**TABLE OF AUTHORITIES**

| CASES | PAGE(S) |
|---|---|
| Abdu Brinson v. Delta Airlines, Inc. 239 F.2d 456, 468 (2d Cir. 2001) | 10 |
| Achtman v. Kirby, McKiernan & Squire, LLP 464 F.3d 328, 337 (2d Cir. 2006) | 2 |
| Alfano v. Costello 294 F.3d 365, 374 (2d Cir. 2002) | 11 |
| American Casualty Co. of Reading, PA v. Nordic Leasing, Inc. 42 F.3d 725, 728 (2d Cir. 1994). | 12 |
| Anderson v. Liberty Lobby Inc. 477 U.S. 242, 251-52, 106 S.Ct. 2505 (1986) | 12 |
| ATSI Commc'ns v. Shaar Fund, Ltd.. 493 F.3d 87, 98 (2d Cir. 2007) | 3 |
| Attis v. Solow Realty Development Co. et al. 522 F. Supp. 2d 623, 2007 U.S. Dist. LEXIS 84056 | 3, 5 |
| Bell Atlantic Corp. v. Twombly 127 S. Ct. 1955, 1973-74, (2007) | 9, 10 |
| Borkowski v. Valley Cent. Sch. Dist. 63 F.3d 131, 137-38 (2nd Cir. 1995) | 6 |
| Boykin v. Keycorp 521 F.3d 202, 212 (2d Cir. 2008) | 9 |
| Celotex Corp. v. Catrett 477 U.S. 317, 323, 106 S. Ct. 2548 (1986) | 12 |
| Colwell v. Suffolk County Police Dep't. 158 F.3d 635, 641 (2d Cir. 1998) | 6 |
| Covello v. Depository Trust Co. 212 F. Supp. 2d 109, 119 (E.D.N.Y. 2002) | 5 |
| Dister v. Continental Group, Inc. 859 F.2d 1108, 1112 (2d Cir. 1988) | 9 |
| Donahue v. Windsor Bd. Of Fire Comm'rs 834 F.2d 54, 57 (2d Cir. 1987) | 12 |

Fed'l Deposit Ins. Corp. v. Giammettei
34 F.3d 51, 54 (2d Cir. 1994) …………………………….....    12

Iqbal v. Hasty
490 F.3d 143, 157-58 (2d Cir. 2007) …………………………….....    2.

Jacques v. DiMarzio, Inc.
200 F. Supp. 2d 151, 170 (E.D.N.Y. 2002) …………………………….....    6, 8

Lander v. Hodel
197 U.S. Dist. LEXIS 11476 (D.C. Cir. 1986)…………………………….....    10,

Lorinz v. Turner Constr. Co.
2004 U.S. Dist. LEXIS 28825 (E.D.N.Y. 2004)…………………………….....    3, 7, 8

McCarthy v. Dun & Bradstreet Corp.
482 F.3d 184, 191 (2d Cir. 2007) …………………………….....    2

Richardson v. N.Y.S. Dept. of Corr. Serv.
180 F.3d 426 (2d Cir. 1999) …………………………….....    11

Ryan v. Grae and Rybicki
135 F.3d 867, 870 (2nd Cir. 1998) …………………………….....    5

Shannon v. New York City Transit Authority
332 F.3d 95, 103-104 (2d Cir. 2003) …………………………….....    4

Sira v. Morton
380 F.3d 57, 67 (2d Cir. 2004) …………………………….....    3

Stetson v. Nynex Serv. Co.
995 F.2d 355, 361 (2d Cir. 1993) …………………………….....    11

Taylor v. Phoenixville Sch. Dist.
F.3d 296, 317 (3d Cir. 1999) …………………………….....    8

**STATUTES**:
Rule 12(b)(6), Fed. R. Civ. P.
Rule 56(c), Fed. R. Civ. P.
29 C.F.R. § 1630.2
42 U.S.C. § 12101, *et seq.*
42 U.S.C. § 2000(e), *et seq.*