# EXHIBIT A

Tue, Apr 4, 2006 5:57 PM

**Subject: FOR THE RECORD**
Date: Tuesday, April 4, 2006 5:57 PM
From: Patricia Harris-Lee <patricia.harris-lee@sonybmg.com>
To: "Kelly, Kathleen, SONY BMG" <kathleen.kelly@sonybmg.com>
Conversation: FOR THE RECORD

Barbara Warnock called me in a meeting at 3:45 today. Barbara said she wanted to lay down some departmental ground rules. I asked if I should call the other staff members into her office, so that they can hear the rules also and she replied:

"No, I'll speak to them separately. As your Supervisor I will run this department as I see fit and I will choose what information to share with you and the others. "Also, if anyone has a problem with the way I run the department, they should speak to me separately; I will not address the group. I am putting my foot down and drawing a line. "Regarding my attacking you Friday, I felt personally offended and attacked."

"Note: I asked Barbara if she was accusing me of personally attacking her and she said "no". I then suggested, that if she really felt I attacked her, then we should go to Human Resources and put something in writing. Barbara again said "No, maybe I'm using the wrong words."

"In the past, all members of our department have spoken to Barbara regarding departmental issues; yet they remained skeptical.

Kathleen, I just hope this isn't the start of retaliation. As I already stated, I would like to move forward from the incident.

Page 1 of 1

P00223

```
2000-02-01 00:02                    >>                                                          P 10/14
```

Fri, Apr 7, 2006 4:05 PM

**Subject:** FOLLOWING UP
**Date:** Friday, April 7, 2006 4:04 PM
**From:** Patricia Harris-Lee <patricia.harris-lee@sonybmg.com>
**To:** "Kelly, Kathleen, SONY BMG" <kathleen.kelly@sonybmg.com>
**Conversation:** FOLLOWING UP

Hello Kathleen,

I know Adam Owett is out of the office and back next Wednesday. I just wanted to know if you have made an appointment to meet with him any time next week.

I'm a little anxious for the truth.
Some of my colleagues have stop speaking to me and they are avoiding eye contact with me. God only knows what they have been told.

Thanks for all your help and time, enjoy the weekend.

*No Response from Kathleen Kelly.*

Page 1 of 1

P00222

Tue, May 16, 2006 12:13 PM

**Subject:** REQUEST FOR WRITTEN COPY OF MY HUMAN RESOURCE COMPLAINT/REPORT
**Date:** Thursday, April 13, 2006 4:47 PM
**From:** Patricia Harris-Lee <patricia.harris-lee@sonybmg.com>
**To:** "Kelly, Kathleen, SONY BMG" <kathleen.kelly@sonybmg.com>
**Conversation:** REQUEST FOR WRITTEN COPY OF MY HUMAN RESOURCE COMPLAINT/REPORT

Hello Kathleen,

As per our conversation, I know that you are waiting to hear for Adam Owett, Sr. Vice President of Creative Services, upon his meeting with my supervisor Barbara Warnock-Morgan; concerning the incident that transpired here at Sony BMG Music the evening of March 31, 2006; between she and I. However, I would like to receive a copy of the Human Resources report, that document my complaint and the responses from Adam Owett and Barbara Warnock-Morgan regarding the incident; upon your conclusion of the investigation.

I know that Adam Owett returned from vacation yesterday, so I will follow up with you next week, unless I hear from you sooner.

As always, your assistance in this matter is greatly appreciated.

Respectfully,
Patricia Harris-Lee
Associate Director
of Advertising Management
SONY BMG MUSIC ENTERTAINMENT
(212) 833-4019

Page 1 of 1

P01004

2000-02-03 00:02   >>   P 8/14

On 4/17 at 3:15 pm,

I was asked by Kathleen Kelly (HR) to attend a meeting with Barbara Warnock-Morgan, Dan Alcock (HR) and herself.

During the meeting, Barbara and I were asked to give our account of the incident on Friday, March 31, while Kathleen Kelly took notes and Dan Alcock listened.

Barbara tells her story with vagueness and denies attacking me. Barbara also denies attacking Rob Henzi, in meeting the day before.

I reiterate to same story I told Kathleen Kelly on Monday, April 3. remaining consistent with every word; I also played the message Barbara left on my machine after the attack.

I told Kathleen and Dan that I was afraid of Barbara and very uncomfortable alone around her. I also stated that Barbara has some creditability issues which would make it very difficult for me to trust and continue to work with her on any work related issues.

Result of meeting:
I was told by Kathleen Kelly to continue to work with Barbara and remain professional behavior. Also report my daily comings and goings to Barbara and do not shut my office door (not even a little bit) because it makes Barbara and the other managers uncomfortable (per Barbara, as stated in meeting).

I asked Kathleen Kelly if she could interview the other managers, in order to establish some level creditability in Barbara's and my statements, and Barbara strongly objected, telling Kathleen she did not think that was a good idea.

P00219

*[handwritten: No response]*

Tue, May 16, 2006 12:13 PM

**Subject:** FOLLOW UP - REQUEST FOR WRITTEN COPY OF MY HUMAN RESOURCE COMPLAINT/INCIDENT REPORT
**Date:** Wednesday, April 19, 2006 12:52 PM
**From:** Patricia Harris-Lee <patricia.harris-lee@sonybmg.com>
**To:** "Kelly, Kathleen, SONY BMG" <kathleen.kelly@sonybmg.com>
**Conversation:** FOLLOW UP - REQUEST FOR WRITTEN COPY OF MY HUMAN RESOURCE COMPLAINT/INCIDENT REPORT

Hello Kathleen,

In response to the message you left for me this morning, I did hear from the insurance representative.

Regarding the meeting on Monday (4/17) with Dan Alcock, Barbara Warnock-Morgan and yourself, to discuss the incident on March 31; based on what Barbara had to say concerning her role, I have become even more uncomfortable with our current situation. I strongly maintain that there is a huge issue of creditability, and it's very difficult for one to depend on such leadership.

Also, as I earlier requested, I would like to know when I can expect to receive my copy of the incident report from Human Resources?

In your messaged, you asked me "What do I want to do?" Unfortunately, do to the stressful environment I am now subjected. I now have to struggle to maintain my efficiency daily. I can not alone, try and salvage this situation as well. However, any recommendations on your behalf will be greatly considered.

As always, your assistance in this matter is greatly appreciated.

Respectfully,
Patricia Harris-Lee
Associate Director

Page 1 of 2

P01005

of Advertising Management
SONY BMG MUSIC ENTERTAINMENT
(212) 833-4019

Tue, May 16, 2006 12:13 PM

**Subject:** FOLLOWING UP - REQUEST FOR WRITTEN COPY OF MY HUMAN RESOURCE COMPLAINT/INCIDENT REPORT
**Date:** Friday, April 28, 2006 1:34 PM
**From:** Patricia Harris-Lee <patricia.harris-lee@sonybmg.com>
**To:** "Kelly, Kathleen, SONY BMG" <kathleen.kelly@sonybmg.com>
**Conversation:** FOLLOWING UP - REQUEST FOR WRITTEN COPY OF MY HUMAN RESOURCE COMPLAINT/INCIDENT REPORT

Hello Kathleen,

I would like to know when I can expect to receive my copy of the incident report from Human Resources?

As always, your assistance in this matter is greatly appreciated.

Respectfully,

Patricia Harris-Lee
Associate Director
of Advertising Management
SONY BMG MUSIC ENTERTAINMENT
(212) 833-4019

Page 1 of 1

P01007

Fri, May 12, 2006 4:42 PM

**Subject: MEDICAL LEAVE**
**Date:** Friday, May 12, 2006 4:41 PM
**From:** Patricia Harris-Lee <patricia.harris-lee@sonybmg.com>
**To:** Barbara Warnock Morgan <barbara.warnock-morgan@sonybmg.com>
**Cc:** "Kelly, Kathleen, SONY BMG" <kathleen.kelly@sonybmg.com>, "Gairey, Charlene, SONY BMG" <charlene.gairey@sonybmg.com>
**Conversation:** MEDICAL LEAVE

Please be advised, that after my scheduled vacation days May 25 & 26, I will not be returning to work.

As advised by my Doctor, as of May 30, I will be on medical leave, in order to address some serious health concerns. My expected duration is four-weeks, possibly returning on July 5.

Regarding my current projects, you'll have my fullest cooperation during this transition.

Page 1 of 1

P01008